# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VALENCIA RENA GARNER,

      Plaintiff,

v.                                         Case No:  6:17-cv-1453-Orl-18DCI

WALMART DEPARTMENT STORE,
CLAYTON COUNTY POLICE
DEPARTMENT, CENTRAL
INTELLIGENCE AGENCY and U.S.
DEPARTMENT OF TRANSPORTATION-
CIVIL RIGHTS,

      Defendants.

---

## ORDER

This cause came on for consideration *sua sponte* on United States Magistrate Judge Daniel C. Irick's own initiative.  On August 11, 2017, the Magistrate Judge entered a Report and Recommendation (Doc. 5) recommending transfer of this case to the United States District Court for the Northern District of Georgia, Atlanta Division.  (*See id.* at 2.)  No timely objections were filed to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation (Doc. 5) and other filings in this case, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Report and Recommendation (Doc. 5) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Clerk of Court is **DIRECTED** to immediately transfer this case to the United States District Court for the Northern District of Georgia, Atlanta Division for further proceedings.

**DONE AND ORDERED** in Orlando, Florida, this ___19___ day of September, 2017.

                                                                     
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties